EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte | 2010 TSPR 133 |
| Martina Timperi Marchand | 179 DPR _____ |

Número del Caso: TS-6030

Fecha: 15 de julio de 2010

Abogada de la Parte Peticionaria:

Por Derecho Propio

Oficina del Procurador General

Lcda. Irene S. Soroeta Kodesh
Procuradora General

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


6030
Martina Timperi Marchand


Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.

RESOLUCIÓN

San Juan, Puerto Rico, a 15 de julio de 2010

Examinada la Comunicación Solicitando Baja Voluntaria presentada por la Lcda. Martina Timperi Marchand, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo